IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY WAYNE SCOFIELD, AIS #305657, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-652-WKW [WO] |
| WARDEN REOSHA BUTLER, COMMISSIONER JEFFERSON S. DUNN, CHERYL PRICE, CELESTE HUNTER, R.N., and WARDEN JOHN CROW, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On December 30, 2020, the Magistrate Judge entered a Recommendation that Plaintiff's motion for preliminary injunction be denied. (Doc. # 40) No party has filed an objection to the Recommendation. Based upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 40) is ADOPTED and that Plaintiff's motion for preliminary injunction (Doc. # 7, at 5) is DENIED.

It is further ORDERED that this action is REFERRED BACK to the Magistrate Judge for further proceedings.

DONE this 11th day of February, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE