IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY WAYNE SCOFIELD, #305657, ) ) ) Plaintiff, ) ) v. ) ) WARDEN REOSHA BUTLER; ) JEFFERSON S. DUNN, Prison ) Commissioner and his cabinet ) personnel; CHERYL PRICE; ) CELESTE HUNTER, R.N., Program ) Administrator at Wexford Health; ) and JOHN CROW, Warden at ) Easterling, ) ) Defendants. ) | CASE NO. 2:20-CV-652-WKW [WO] |

## **ORDER**

On April 2, 2021, the Magistrate Judge filed a Recommendation (Doc. # 56) to which Plaintiff filed an objection (Doc. # 60). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, it is ORDERED as follows:

(1) The objection (Doc. # 60) is OVERRULED;

(2) The Recommendation (Doc. # 56) is ADOPTED; and

(3) Plaintiff's Second Motion for Preliminary Injunction (Doc. # 46) is DENIED.

DONE this 23rd day of June, 2021.

              /s/ W. Keith Watkins
             UNITED STATES DISTRICT JUDGE