IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY WAYNE SCOFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-652-WKW |
| ) | [WO] |
| REOSHA BUTLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

It is ORDERED that the redundant Notice of Appeal (Doc. # 78) is construed as a motion to proceed on appeal *in forma pauperis* and denied for the same reasons outlined in the court's prior order, (Doc. # 77). *Pro se* Plaintiff Jerry Scofield should look at (Doc. # 77) to understand what the current status of his case is.

DONE this 9th day of November, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE